JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5840FDB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| vs. | ) | |
| MYKEL DENNY LOFTUS, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to July 17, 2006.

//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE            1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1  The resulting period of delay from the current trial date of May 8, 2006, up to and
2  including the new trial date of July 17, 2006, is hereby excluded for speedy trial
3  purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

    Pre-trial motions are due no later than May 8, 2006.

    DONE this 17th day of April, 2006.

JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ *Colin A. Fieman*             /s/ *David Jennings*
Colin A. Fieman                  David Jennings
Attorney for Defendant         Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE     2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710